LONGYEAR, O'DEA & LAVRA, LLP
Van Longyear, CSB No. 84189
Peter C. Zilaff, CSB No. 272658
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendants COUNTY OF SACRAMENTO, SHERIFF SCOTT JONES, DEPUTY DAVID McENTIRE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| Estate of JOHNATHAN ROSE, deceased, by and through his parents THEODORE MILTON ROSE and KAREN ROSE, as successors in interest; THEODORE MILTON ROSE, Individually; and KAREN ROSE, Individually,<br><br>         Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff SCOTT JONES; Sacramento County Sheriff's Department Deputy DAVID McENTIRE (Badge #1356); and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No. 2:13-cv-01339 TLN EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DISCOVERY, INITIAL AND SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESSES** |

Plaintiffs are represented by Stewart Katz of the Law Office of Stewart Katz. Defendants are represented by Van Longyear and Peter C. Zilaff of Longyear, O'Dea & Lavra, LLP.

Good cause exists to modify the pretrial scheduling order to extend the time for the close of non-expert discovery, initial disclosure of experts and supplemental disclosure of experts. The parties have met and conferred regarding pending discovery and expert witness deadlines and have agreed on a limited modification of the previously set deadlines as follows:

| | |
|---|---|
| Non-Expert discovery | July 11, 2014 until **August 14, 2014** |
| Initial disclosure of experts | September 12, 2014 until **October 10, 2014** |
| Supplemental disclosure of experts | October 2, 2014 until **October 24, 2014** |

Stipulation and Order
Page 1

1  The parties would like all other existing pre-trial dates, including dispositive motion and
2  trial dates, to remain in effect.

3

4  IT IS SO STIPULATED:

5  Dated: May 30, 2014                    LAW OFFICE OF STEWART KATZ

6
                                          /S/: Stewart Katz
7                                         STEWART KATZ
                                          Attorneys for Plaintiffs
8

9

10 Dated: May 30, 2014                    LONGYEAR, O'DEA & LAVRA, LLP

11
                                          /S/: Van Longyear
12                                        VAN LONGYEAR
                                          Attorneys for Defendants
13

14

15 IT IS SO ORDERED:

16 Dated: June 2, 2014

17

18

19                                        _____
                                          Troy L. Nunley
20                                        United States District Judge

21

22

23

24

25

26

27

28