1  LONGYEAR, O'DEA & LAVRA, LLP
   Van Longyear, CSB No. 84189
2  Peter C. Zilaff, CSB No. 272658
   3620 American River Drive, Suite 230
3  Sacramento, CA 95864
   Phone: (916) 974-8500
4  Facsimile: (916) 974-8510

5  Attorneys for Defendants COUNTY OF SACRAMENTO, SHERIFF SCOTT JONES,
   DEPUTY DAVID McENTIRE
6

7              UNITED STATES DISTRICT COURT

8         EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

9

10 Estate of JOHNATHAN ROSE, deceased, by )   Case No. 2:13-cv-01339 TLN EFB
   and through his parents THEODORE       )
11 MILTON ROSE and KAREN ROSE, as         )
   successors in interest; THEODORE MILTON)   **STIPULATION AND ORDER FOR**
12 ROSE, Individually; and KAREN ROSE,    )   **EXTENSION OF TIME FOR**
   Individually,                          )   **DISCOVERY, INITIAL AND**
13                                        )   **SUPPLEMENTAL DISCLOSURE OF**
              Plaintiffs,                 )   **EXPERT WITNESSES AND HEARING**
14                                        )   **DATE ON DISPOSITIVE MOTION**
       vs.                                )
15                                        )
   COUNTY OF SACRAMENTO; Sacramento       )
16 County Sheriff SCOTT JONES; Sacramento  )
   County Sheriff's Department Deputy DAVID)
17 McENTIRE (Badge #1356); and DOES 1     )
   through 10, inclusive,                 )
18                                        )
              Defendants.                 )
19

20     Plaintiffs are represented by Stewart Katz of the Law Office of Stewart Katz. Defendants

21 are represented by Van Longyear and Peter C. Zilaff of Longyear, O'Dea & Lavra, LLP.

22     Good cause exists to modify the pretrial scheduling order to extend the time for the close

23 of non-expert discovery, initial disclosure of experts and supplemental disclosure of experts and

24 the hearing date on dispositive motions. The parties have met and conferred regarding these

25 pending deadlines and have agreed on a limited modification of the previously set deadlines as

26 follows:

27     Non-Expert discovery                September 25, 2014 until **October 23, 2014**

28     Initial disclosure of experts       October 10, 2014 until **November 7, 2014**

| | |
|---|---|
| Supplemental disclosure of experts | October 24, 2014 until **November 21, 2014** |
| Hearing date on dispositive motions | January 15, 2015 until **February 12, 2015** |

The parties would like all other existing pre-trial dates including trial date, to remain in effect.

IT IS SO STIPULATED:

Dated: September 19, 2014                    LAW OFFICE OF STEWART KATZ

                                                                     /S/: Stewart Katz
                                                                    STEWART KATZ
                                                                    Attorneys for Plaintiffs


Dated: September 19, 2014                    LONGYEAR, O'DEA & LAVRA, LLP

                                                                    /S/: Van Longyear
                                                                    VAN LONGYEAR
                                                                    Attorneys for Defendants


IT IS SO ORDERED:

Dated: September 24, 2014

_____
Troy L. Nunley
United States District Judge