LONGYEAR, O'DEA & LAVRA, LLP
Van Longyear, CSB No. 84189
Peter C. Zilaff, CSB No. 272658
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendants COUNTY OF SACRAMENTO, SHERIFF SCOTT JONES, DEPUTY DAVID McENTIRE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| Estate of JOHNATHAN ROSE, deceased, by and through his parents THEODORE MILTON ROSE and KAREN ROSE, as successors in interest; THEODORE MILTON ROSE, Individually; and KAREN ROSE, Individually,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff SCOTT JONES; Sacramento County Sheriff's Department Deputy DAVID McENTIRE (Badge #1356); and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:13-cv-01339 TLN EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR INITIAL AND SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESSES** |

　　　　Plaintiffs are represented by Stewart Katz of the Law Office of Stewart Katz. Defendants are represented by Van Longyear and Peter C. Zilaff of Longyear, O'Dea & Lavra, LLP.

　　　　Good cause exists to modify the pretrial scheduling order to extend the time for initial disclosure of experts and supplemental disclosure of experts. The parties have met and conferred regarding these pending deadlines and have agreed on a limited modification of the previously set deadlines as follows:

　　　　Initial disclosure of experts　　　　　　　November 7, 2014 to **November 14, 2014**

　　　　Supplemental disclosure of experts　　　　November 21, 2014 to **November 28, 2014**

/ / /

The parties would like all other existing pre-trial dates including trial date, to remain in effect.

IT IS SO STIPULATED:

Dated: November 3, 2014                LAW OFFICE OF STEWART KATZ

                                        /S/: Stewart Katz
                                        STEWART KATZ
                                        Attorneys for Plaintiffs

Dated: November 3, 2014                LONGYEAR, O'DEA & LAVRA, LLP

                                        /S/: Van Longyear
                                        VAN LONGYEAR
                                        Attorneys for Defendants

IT IS SO ORDERED:

Dated:  November 6, 2014

_____
Troy L. Nunley
United States District Judge