1  LONGYEAR, O'DEA & LAVRA, LLP
   Van Longyear, CSB No. 84189
2  Peter C. Zilaff, CSB No. 272658
   3620 American River Drive, Suite 230
3  Sacramento, CA 95864
   Phone: (916) 974-8500
4  Facsimile: (916) 974-8510

5  Attorneys for Defendants COUNTY OF SACRAMENTO, SHERIFF SCOTT JONES,
   DEPUTY DAVID McENTIRE
6

7                       UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

9

10 | Estate of JOHNATHAN ROSE, deceased, by ) | Case No. 2:13-cv-01339 TLN EFB
   | and through his parents THEODORE       )
11 | MILTON ROSE and KAREN ROSE, as         )
   | successors in interest; THEODORE MILTON ) | **STIPULATION AND ORDER FOR**
12 | ROSE, Individually; and KAREN ROSE,    ) | **PARTIAL DISMISSAL**
   | Individually,                          )
13 |                                        )
   |                  Plaintiffs,           )
14 |                                        )
   |        vs.                             )
15 |                                        )
   | COUNTY OF SACRAMENTO; Sacramento       )
16 | County Sheriff SCOTT JONES; Sacramento  )
   | County Sheriff's Department Deputy DAVID)
17 | McENTIRE (Badge #1356); and DOES 1      )
   | through 10, inclusive,                 )
18 |                                        )
   |                  Defendants.           )
19

20         Plaintiffs are represented by Stewart Katz of the Law Office of Stewart Katz. Defendants

21 are represented by Van Longyear and Peter C. Zilaff of Longyear, O'Dea & Lavra, LLP.

22         The parties through their respective attorneys stipulate that for purposes of this action,

23 only, any action taken by Sheriff Scott Jones regarding the matters pertaining to this suit were

24 actions taken in his official capacity as the Sheriff of Sacramento County.

25         In consideration of the foregoing, the parties stipulate that the following claims and/or

26 defendant shall be dismissed, with prejudice, with each party to bear its respective attorneys' fees

27 and costs:

28

1. The state law- wrongful death claim based upon California Government Code § 845.6 (Fifth Claim For Relief part **b**.) be dismissed;

2. The state law- wrongful death claim based upon negligent supervision, training, hiring and retention (Fifth Claim For Relief part **a**.) be dismissed;

2. The Fourth Claim for Relief for supervisory liability claim be dismissed; and,

3. All claims against Sheriff Scott Jones in his individual and official capacities be dismissed.

To be clear, the parties do not intend this stipulation to include a dismissal of the Third Claim for Relief alleging, in part, a failure to supervise.

IT IS HEREBY STIPULATED:

Dated: January 6, 2015        LAW OFFICE OF STEWART KATZ

   /S/: Stewart Katz
STEWART KATZ
Attorneys for Plaintiffs


Dated: January 6, 2015        LONGYEAR, O'DEA & LAVRA, LLP

  /S/: Van Longyear
VAN LONGYEAR
Attorneys for Defendants


IT IS SO ORDERED:

Dated:  January 14, 2015

_____
Troy L. Nunley
United States District Judge