# EXHIBIT A

## EXHIBIT A: PLAINTIFFS' WITNESS LIST

| No. | Witness Name | Witness Address | Brief Description of Testimony |
|---|---|---|---|
| 1. | Theodore Milton (Ted) Rose | Law Office of Stewart Katz 555 University Ave., #270 Sacramento, CA 95825 | Plaintiff and biological father of decedent Johnathan Rose, deposed October 29, 2013. Percipient witness to the entry, search, seizure and shooting. Testimony about his wrongful death damages as well damages of Karen Rose. Statements by defendant McEntire. Foundational testimony photographs and diagrams. Familial relationship(s) with decedent Johnathan Rose. Funeral Expenses. Johnathan Rose's pain and suffering. Testifying in court. |
| 2. | Karen (Deedee) Rose | Law Office of Stewart Katz 555 University Ave., #270 Sacramento, CA 95825 | Plaintiff and biological mother of decedent Johnathan Rose, deposed October 28, 2013. Limited percipient witness (did not see McEntire prior to shooting). Testimony about her wrongful death damages as well damages of Ted Rose. Statements by defendant McEntire. Familial relationship(s) with decedent Johnathan Rose. Foundational testimony photographs and diagrams. Funeral Expenses Testifying in court. |
| 3. | Tiffany Rose | Law Office of Stewart Katz 555 University Ave., #270 Sacramento, CA 95825 | Biological sister of decedent Johnathan Rose, deposed October 29, 2013. Testimony regarding the wrongful death damages sustained by her parents Ted & Karen Rose. The parents' familial relationship with Johnathan Rose. Foundational testimony photographs and diagrams. Testifying in court. |

1

### EXHIBIT A: PLAINTIFFS' WITNESS LIST

| No. | Witness Name | Witness Address | Brief Description of Testimony |
|---|---|---|---|
| 4. | Theodore Alton (Teddy) Rose | Law Office of Stewart Katz 555 University Ave., #270 Sacramento, CA 95825 | Biological brother of decedent Johnathan Rose, deposed October 28, 2013. Limited percipient witness (did not see McEntire prior to shooting.) Testimony regarding the wrongful death damages sustained by his parents Ted & Karen Rose. The parents' familial relationship with Johnathan Rose. Testimony regarding the wrongful death damages sustained by his parents Ted & Karen Rose. The parents' familial relationship with Johnathan Rose. Foundational testimony photographs and diagrams. Testifying in court. |
| 5. | David McEntire (Deputy) | Longyear, O'Dea & Lavra, LLP 3620 American River Dr., #230 Sacramento, CA 95864 | Defendant, deposed July 7, 2014. Percipient witness to search, seizure and shooting. His uses of force. Pre-shooting tactics. His post-shooting actions. Assets and other information relevant to punitive damages claim. Foundational testimony photographs and diagrams. Testifying in court. |
| 6. | Brian Meux (Detective) | Sacramento County Sheriff's Dept. 711 G Street Sacramento, CA 95814 | Deposed July 23, 2014 individually and as Person Most Knowledgeable. He will testify about McEntire's appearance and statements post-shooting. Foundational testimony photographs and diagrams. Testifying in court. |
| 7. | Jeffrey Wallace (Detective) | Sacramento County Sheriff's Dept. 711 G Street Sacramento, CA 95814 | Deposed July 23, 2014. Interaction with detectives and the pathologist and her findings. Significance of pathologist's findings regarding Johnathan Rose. |

## EXHIBIT A: PLAINTIFFS' WITNESS LIST

| No. | Witness Name | Witness Address | Brief Description of Testimony |
|---|---|---|---|
|  |  |  | Foundational testimony photographs and diagrams. Testifying in court. |
| 8. | Stephany E. Fiore, MD | Santa Cruz County Sheriff- Coroner 5200 Soquel Ave. Santa Cruz, CA 95062 | Designated by both parties as a non-retained expert. Deposed October 13, 2014. Dr. Fiore performed the autopsy of Johnathan Rose. Testimony regarding the autopsy, the procedures/protocols she followed in connection with the autopsy, as well as the report she prepared and information relied upon in preparing that report. Foundational testimony regarding her report, photographs and diagrams Testifying in court. |
| 9. | Bennett I. Omalu, MD, MBA, MPH, CPE, DABP-AP, CP, RP, NP | 8150 Scenic Trails Way Sacramento, CA 95829 | Plaintiffs' retained expert and he is a board certified physician. He will testify about the autopsy, the effect and manifestations of gunshot and blunt force trauma to the body, the cause of death, Johnathan Rose's conscious pain and suffering and causation. Testifying in court. |
| 10. | John "Jack" Ryan | Legal & Liability Risk Management Institute Public Agency Training Counsel 700 N. Carr Rd., #595 Plainfield, IN 46168 | Plaintiffs' retained expert regarding use of force and police practices. Applicable principles of law enforcement practice regarding use of force and the mentally ill. McEntire's pre-shooting tactics, actions and uses of force. Testifying in court. |
| 11. | Lance T. Martini | Paradigm Forensic Services PO Box 721750 San Diego, CA 92172 | Plaintiffs' retained expert in ballistics. He will testify about the dynamics and effects of gunshots generally and in this case specifically. Testifying in court. |

## EXHIBIT A: PLAINTIFFS' WITNESS LIST

| No. | Witness Name | Witness Address | Brief Description of Testimony |
|---|---|---|---|
| 12. | Lance W. Rossi, Physician's Asst. | Sutter Roseville Medical Center 1 Medical Plaza Roseville, CA 95661 | Plaintiffs' retained expert. He will testify about observations regarding McEntire's post-incident physical condition. Testifying in court. |
| 13. | Deputy Tamara Mickelson (#1109) | Sacramento County Sheriff's Dept. 711 G Street Sacramento, CA 95814 | Foundational testimony regarding photographs. Testifying in court. |
| 14. | Deputy Heather Emmons (#1475) | Sacramento County Sheriff's Dept. 711 G Street Sacramento, CA 95814 | Foundational testimony regarding photographs. Testifying in court. |
| 15. | Sherri Sumstine | 975 Lake Park Ave., #157 Galt, CA 95632 | Testimony regarding familial relationship and Plaintiffs Theodore and Karen Rose's loss of the decedent's love, companionship, comfort, care, assistance, protection, affection, society, and moral support. Testifying in court. |
| 16. | Pastor Al Flores | 9598 Four Winds Drive, #1512 Elk Grove, CA 95758 | Testimony regarding familial relationship and Plaintiffs Theodore and Karen Rose's loss of the decedent's love, companionship, comfort, care, assistance, protection, affection, society, and moral support. Testifying in court. |
| 17. | Ed Crespo | 6287 Jacinto Ave., #245 Sacramento, CA 95823 | Testimony regarding familial relationship and Plaintiffs Theodore and Karen Rose's loss of the decedent's love, companionship, comfort, care, assistance, protection, affection, society, and moral support. Testifying in court. |
| 18. | Stephanie Haley | 2854 Mosswood Dr. Lodi, CA 95242 | Testimony regarding familial relationship and Plaintiffs Theodore and Karen Rose's loss of the decedent's love, companionship, comfort, care, assistance, protection, affection, society, and moral |

### EXHIBIT A: PLAINTIFFS' WITNESS LIST

| No. | Witness Name | Witness Address | Brief Description of Testimony |
|---|---|---|---|
|  |  |  | support. Testifying in court. |
| 19. | Shari Bonnard | 1757 Danbrook Drive, #1757 Sacramento, CA 95835 | Testimony regarding familial relationship and Plaintiffs Theodore and Karen Rose's loss of the decedent's love, companionship, comfort, care, assistance, protection, affection, society, and moral support. Testifying in court. |
| 20. | Sergeant Christopher Berg | Sacramento County Sheriff's Dept. 711 G Street Sacramento, CA 95814 | (*) Identification Only: Potential Rebuttal / Impeachment Witness; Testifying in court. |
| 21. | Deputy Timothy Pai (#1411) | Sacramento County Sheriff's Dept. 711 G Street Sacramento, CA 95814 | (*) Identification Only: Potential Rebuttal / Impeachment Witness; Testifying in court. |
| 22. | Deputy Jason Hicks (#1259) | Sacramento County Sheriff's Dept. 711 G Street Sacramento, CA 95814 | (*) Identification Only: Potential Rebuttal / Impeachment Witness; Testifying in court. |
| 23. | Deputy Robert French (#1162) | Sacramento County Sheriff's Dept. 711 G Street Sacramento, CA 95814 | (*) Identification Only: Potential Rebuttal / Impeachment Witness; Testifying in court. |