# EXHIBIT B

LONGYEAR, O'DEA & LAVRA, LLP
Van Longyear, CSB No. 84189
Peter C. Zilaff, CSB No. 272658
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendants COUNTY OF SACRAMENTO,
SHERIFF SCOTT JONES, AND DEPUTY DAVID McENTIRE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

Estate of JOHNATHAN ROSE, deceased, by and through his parents THEODORE MILTON ROSE and KAREN ROSE, as successors in interest; THEODORE MILTON ROSE, Individually; and KAREN ROSE, Individually,

    Plaintiffs,

vs.

COUNTY OF SACRAMENTO; Sacramento County Sheriff SCOTT JONES; Sacramento County Sheriff's Department Deputy DAVID McENTIRE (Badge #1356); and DOES 1 through 10, inclusive,

    Defendants.

Case No. 2:13-cv-01339 TLN EFB

DEFENDANTS' WITNESS LIST

Date: July 13, 2017
Time: 2:00 p.m.
Ctrm: 2
Judge: Hon. Troy L. Nunley

Trial Date: September 18, 2017

| No. | Witness Name | Brief Description of Testimony |
|---|---|---|
| 1. | Jerry Powers | Expected to offer testimony regarding the incident as a percipient witness. |
| 2. | Karen Rose | Expected to offer testimony regarding the incident as a percipient witness. |
| 3. | Ted Rose | Expected to offer testimony regarding the incident as a percipient witness. |
| 4. | Detective Brian Meux | Expected to offer testimony regarding the investigation of the incident and relevant policies, practices and procedures to the extent necessary to explain investigatory testimony. |

DEFENDANTS' WITNESS LIST - 1

| | | | |
|---|---|---|---|
| | 5. | Susan Lynn Craft | Expected to offer testimony regarding the incident as a percipient witness and relevant policies, practices and procedures to the extent necessary to explain percipient witness testimony. |
| | 6. | Mark Hatzenbuhler | Expected to offer testimony regarding the incident as a percipient witness and relevant policies, practices and procedures to the extent necessary to explain percipient witness testimony. |
| | 7. | Gregory Hanks | Expected to offer testimony regarding the incident as a percipient witness and relevant policies, practices and procedures to the extent necessary to explain percipient witness testimony. |
| | 8. | Deputy Matthew Owens | Expected to offer testimony regarding the incident as a percipient witness and relevant policies, practices and procedures to the extent necessary to explain percipient witness testimony. |
| | 9. | Chris Vestal | Expected to offer testimony regarding the incident as a percipient witness and relevant policies, practices and procedures to the extent necessary to explain percipient witness testimony. |
| | 10. | Ryan Maerklen | Expected to offer testimony regarding the incident as a percipient witness and relevant policies, practices and procedures to the extent necessary to explain percipient witness testimony. |
| | 11. | Lindy Culp | Expected to offer testimony regarding the incident as a percipient witness and relevant policies, practices and procedures to the extent necessary to explain percipient witness testimony. |
| | 12. | Jason Hicks | Expected to offer testimony regarding the incident as a percipient witness and regarding the investigation of the incident and relevant policies, practices and procedures to the extent necessary to explain percipient witness and investigatory testimony. |
| | 13. | Catherine Muller | Expected to offer testimony regarding the incident as a percipient witness and regarding the investigation of the incident and relevant policies, practices and procedures to the extent necessary to explain percipient witness and investigatory testimony. |

DEFENDANTS' WITNESS LIST - 2

| | | |
|---|---|---|
| 14. | Robert French | Expected to offer testimony regarding the investigation of the incident and relevant policies, practices and procedures to the extent necessary to explain investigatory testimony. |
| 15. | Robert Tracy | Expected to offer testimony regarding the investigation of the incident and relevant policies, practices and procedures to the extent necessary to explain investigatory testimony. |
| 16. | Tim Pai | Expected to offer testimony regarding the investigation of the incident and relevant policies, practices and procedures to the extent necessary to explain investigatory testimony. |
| 17. | Christopher Berg | Expected to offer testimony regarding the incident as a percipient witness and regarding the investigation of the incident and relevant policies, practices and procedures to the extent necessary to explain percipient witness and investigatory testimony. |
| 18. | Tamara Mickelson | Expected to offer testimony regarding the investigation of the incident and relevant policies, practices and procedures to the extent necessary to explain investigatory testimony. |
| 19. | Amber Lawrence | Expected to offer testimony regarding the investigation of the incident and relevant policies, practices and procedures to the extent necessary to explain investigatory testimony. |
| 20. | Heidi Hampton | Expected to offer testimony regarding the investigation of the incident and relevant policies, practices and procedures to the extent necessary to explain investigatory testimony. |
| 21. | Heather Emmons | Expected to offer testimony regarding the incident as a percipient witness and regarding the investigation of the incident and relevant policies, practices and procedures to the extent necessary to explain percipient witness and investigatory testimony. |

DEFENDANTS' WITNESS LIST - 3

| 22. | John Lopes | Expected to offer testimony regarding the incident as a percipient witness and regarding the investigation of the incident and relevant policies, practices and procedures to the extent necessary to explain percipient witness and investigatory testimony. |
|---|---|---|
| 23. | Jeffrey Wallace | Expected to offer testimony regarding investigation of the incident and relevant policies, practices and procedures to the extent necessary to explain investigatory testimony. |
| 24. | Tiffany Foisy | Expected to provide foundational testimony regarding audio exhibits. |

NON-EXPERT WITNESS

| No. | Witness Name | Brief Description of Testimony |
|---|---|---|
| 1. | Stephanie Fiore | Expected to offer medical testimony as a percipient witness regarding the autopsy and medical opinion testimony regarding the autopsy and cause of death. |

EXPERT WITNESS

| No. | Witness Name | Brief Description of Testimony |
|---|---|---|
| 1. | Joe Callanan | Expected to offer expert testimony regarding police practices and issues of liability. |

Dated: July 6, 2017         LONGYEAR, O'DEA & LAVRA, LLP


By: /s/ Peter C. Zilaff              .
    VAN LONGYEAR
    PETER C. ZILAFF
    Attorneys for Defendants, COUNTY OF SACRAMENTO, SHERIFF SCOTT JONES, AND DEPUTY DAVID McENTIRE

DEFENDANTS' WITNESS LIST - 4