# United States District Court

# Eastern District of California

Before the Honorable Troy L. Nunley

## MINUTES

THEODORE ROSE, et al.,

        Plaintiffs,

     v.

COUNTY OF SACRAMENTO, et al.,

        Defendants.

Case #: 2:13-cv-01339-TLN-EFB
Date:  September 18, 2017
Deputy Clerk:   Michele Krueger
Ct. Reporter: Kelly O'Halloran

For the Plaintiffs
Dale Galipo and Stewart Katz

For the Defendants
Dayton Longyear and Peter Zilaff

Proceedings: Jury Trial (Day 1) – Motions in Limine and Jury Selection

9:05    Court in session with counsel and parties present.   The Court ruled on the Motions in Limine.

10:40    Morning recess.

10:55    Counsel and parties present. The prospective jurors present and sworn. The Court conducted voir dire.

12:00    The prospective jurors were admonished and excused for the lunch recess.

1:25    The Court reconvened with parties and prospective jurors present. The Court continued with voir dire.

3:15    The jurors were admonished and excused for the afternoon recess.

3:15    The Court remained in session outside the presence of jury regarding challenges for cause.

3:25    Court in recess.

3:40    The Court reconvened with parties and prospective jurors present. The Court continued with voir dire.

4:10    The parties started conducting their peremptory challenges.

4:20    The jury (8) was selected and sworn.

4:21    The Court read its preliminary jury instructions.

4:35    The jurors were admonished and excused for the day. Court adjourned until 9:00 a.m. on Tuesday, September 19, 2017.