FILED

SEP 27 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| Estate of JOHNATHAN ROSE, deceased, by and through his parents THEODORE MILTON ROSE and KAREN ROSE, as successors in interest; THEODORE MILTON ROSE, Individually; and KAREN ROSE, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff SCOTT JONES; and Sacramento County Sheriff's Department Deputy DAVID McENTIRE (Badge #1356),<br><br>Defendants. | Case No. 2:13-cv-01339 TLN EFB<br><br>**VERDICT** |

1

# VERDICT FORM

We, the jury in the this case, unanimously find the following verdicts on the questions submitted to us:

**Question No. 1:**

Did Deputy David McEntire use excessive force against Johnathan Rose in violation of his Fourth Amendment rights?

__X__ Yes  ____ No

**Question No. 2:**

Did Deputy David McEntire's use of his firearm constitute a battery on Johnathan Rose?

__X__ Yes  ____ No

If you answered "No" to Questions No. 1 and No. 2, then sign and return this verdict.

If you answered "Yes" to Question No. 1, then answer Question No. 3.

**Question No. 3:**

What damages do you award Jonathan Rose for the violation of his Fourth Amendment rights?

$ _2 million_

If you answered Question No. 2, "Yes," answer Question No. 4.

**Question No 4:**

What damages do you award Theodore Rose, Jr. for the past loss of Jonathan Rose's love, companionship, comfort, care, assistance, protection, affection, society, and moral support?

$ _2 million_

What damages do you award Karen Rose for the past and future loss of Jonathan Rose's love, companionship, comfort, care, assistance, protection, affection, society, and moral support?

$ _2.5 million_

Signed: _/s/ JM Lowery_
Presiding Juror
Dated: _8/27/17_
August 27, 2017