**LAW OFFICE OF DALE K. GALIPO**
DALE K. GALIPO, SBN 144074
MELANIE T. PARTOW, SBN 254843
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, SBN 127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

**MOSELEY COLLINS LAW**
A Professional Law Corporation
MOSELEY C. COLLINS, III, SBN 92460
1180 Iron Point Rd., Suite 180
Folsom, CA 95630
Telephone: (916) 444-4444

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JOHNATHAN ROSE, deceased, by and through his parents THEODORE MILTON ROSE and KAREN ROSE, as successors in interest; THEODORE MILTON ROSE, Individually; and KAREN ROSE, individually. <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SACRAMENTO AND Sacramento County Sheriff's Department Deputy DAVID McENTIRE (Badge # 1356), <br><br> Defendants. | **No. 2:13-cv-01339-TLN-EFB** <br><br> **ORDER** |

**ORDER**

Having considered Plaintiffs' request and finding good cause therefore, IT IS HEREBY ORDERED that the following persons are substituted as plaintiffs in this action *nunc pro tunc*, for and in place of the deceased Plaintiff Theodore Milton Rose: Karen Rose as successor in interest to Theodore Milton Rose; Theodore Alton Rose, III as successor in interest to Theodore Milton Rose; and Tiffany Elaine Rose as successor in interest to Theodore Milton Rose.

Dated: October 4, 2017

Troy L. Nunley
United States District Judge