## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**THEODORE ROSE, ET AL.,**

            v.

CASE NO: **2:13–CV–01339–TLN–EFB**

**COUNTY OF SACRAMENTO, ET AL.,**

**XX** –– **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED [146] 09/27/17, the [151] 10/05/17 Order Substituting Plaintiffs and the [152] 10/06/17 Order to Enter Judgment.**

                                             **Marianne Matherly**
                                             Clerk of Court

ENTERED: **October 6, 2017**

                                    by: /s/ A. Benson
                                                Deputy Clerk