LONGYEAR, O'DEA & LAVRA, LLP
Van Longyear, CSB No. 84189
Peter C. Zilaff, CSB No. 272658
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendants COUNTY OF SACRAMENTO, SHERIFF SCOTT JONES, DEPUTY DAVID McENTIRE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| Estate of JOHNATHAN ROSE, deceased, by and through his parents THEODORE MILTON ROSE and KAREN ROSE, as successors in interest; THEODORE MILTON ROSE, Individually; and KAREN ROSE, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff SCOTT JONES; Sacramento County Sheriff's Department Deputy DAVID McENTIRE (Badge #1356); and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:13-cv-01339 TLN EFB<br><br>**STIPULATION AND ORDER FOR STAY OF ENFORCEMENT OF JUDGMENT AND TO SET DEADLINE FOR MOTION TO FILE ATTORNEY FEES** |

Plaintiffs, Estate of Johnathan Rose, by and through his parents Theodore Milton Rose and Karen Rose, as successors in interest, Theodore Milton Rose, individually, and Karen Rose, individually, are represented by Stewart Katz of the Law Office of Stewart Katz, Moseley C. Collins, III of the Law Office of Moseley C. Collins, III and Dale K Galipo of the Law Office of Dale K. Galipo. Defendants County of Sacramento and David McEntire ("Defendants") are represented by Van Longyear and Peter Zilaff of Longyear, O'Dea & Lavra, LLP.

The parties, through their respective attorneys, stipulate to a stay of enforcement of judgment, without the posting of a bond, through the resolution of any and all post-trial motions.

**STIPULATION AND ORDER FOR STAY OF ENFORCEMENT OF JUDGMENT AND TO SET DEADLINE FOR MOTION TO FILE ATTORNEY FEES**

- 1

The parties do not intend the stipulation to include any time period for any appeal of the judgment.

The parties further stipulate that any motion for attorney fees shall be due by December 11, 2017 or 20 days from the entry of judgment on any post-trial motions, whichever is later.

Dated: October 19, 2017        LONGYEAR, O'DEA & LAVRA, LLP

By: */s/ Peter C. Zilaff*                    .
    VAN LONGYEAR
    PETER C. ZILAFF
    Attorneys for Defendants, COUNTY OF SACRAMENTO, SHERIFF SCOTT JONES, AND DEPUTY DAVID McENTIRE

Dated: October 19, 2017        LAW OFFICE OF DALE K. GALIPO

By: */s/ Melanie T. Partow*                  .
    Dale K. Galipo
    Melanie T. Partow
    Attorneys for Plaintiffs

## ORDER

**IT IS SO ORDERED.**

Dated: October 20, 2017

_____
Troy L. Nunley
United States District Judge