```
 1  LONGYEAR, O'DEA & LAVRA, LLP
    Van Longyear, CSB No. 84189
 2  Peter C. Zilaff, CSB No. 272658
    3620 American River Drive, Suite 230
 3  Sacramento, CA 95864
    Phone: (916) 974-8500
 4  Facsimile: (916) 974-8510

 5  Attorneys for Defendants COUNTY OF SACRAMENTO, SHERIFF SCOTT JONES,
    DEPUTY DAVID McENTIRE
 6
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| Estate of JOHNATHAN ROSE, deceased, by and through his parents THEODORE MILTON ROSE and KAREN ROSE, as successors in interest; THEODORE MILTON ROSE, Individually; and KAREN ROSE, Individually,<br><br>        Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff SCOTT JONES; Sacramento County Sheriff's Department Deputy DAVID McENTIRE (Badge #1356); and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:13-cv-01339 TLN EFB<br><br>**ORDER MOVING THE HEARING DATE FOR DEFENDANTS' MOTION TO ALTER/AMEND JUDGMENT [ECF NO. 166] FROM DECEMBER 14, 2017 TO JANUARY 25, 2018**<br><br>Old Hearing Date: December 14, 2017<br>New Stipulated Hearing Date: January 25, 2018<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. Troy L. Nunley |

Good cause appearing, the hearing on Defendants' Motion to Alter/Amend Judgment [ECF No. 166] is moved to January 25, 2018 at 2:00 p.m. Plaintiffs' opposition shall be due January 4, 2018 and Defendants' reply shall be due by January 18, 2018.

IT IS SO ORDERED:

Dated: November 28, 2017

_____
Troy L. Nunley
United States District Judge

Order Moving the Hearing Date for Defendants' Motion to Alter/Amend Judgment [ECF No. 166]
Page 1