**LAW OFFICE OF DALE K. GALIPO**
DALE K. GALIPO, SBN 144074
MELANIE T. PARTOW, SBN 254843
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, SBN 127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

**MOSELEY COLLINS LAW**
A Professional Law Corporation
MOSELEY C. COLLINS, III, SBN 92460
1180 Iron Point Rd., Suite 180
Folsom, CA 95630
Telephone: (916) 444-4444

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JOHNATHAN ROSE, deceased, by and through his parents THEODORE MILTON ROSE and KAREN ROSE, as successors in interest; THEODORE MILTON ROSE, Individually; and KAREN ROSE, individually.<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff SCOTT JONES; Sacramento County Sheriff's Department Deputy DAVID McENTIRE (Badge #1356); and DOES 1 through 10, inclusive,<br><br>Defendants. | NO. 2:13-CV-01339-TLN-EFB<br><br>**STIPULATION AND ORDER FOR STAY OF ENFORCEMENT OF JUDGMENT AND TO SET DEADLINE FOR MOTION TO FILE ATTORNEY FEES** |

This stipulation is to supersede and correct a typographical error contained in the Stipulation that is Docket No. 162, as well as to clarify the triggering date potentially for filing a motion for attorney fees.

Plaintiffs, Estate of Johnathan Rose, by and through his parents Theodore Milton Rose and Karen Rose, as successors in interest, Theodore Milton Rose, individually, and Karen Rose, individually, are represented by Stewart Katz of the Law Office of Stewart Katz, Moseley C. Collins, III of the Law Office of Moseley C. Collins, III and Dale K. Galipo of the Law Office of Dale K. Galipo. Defendants County of Sacramento and David McEntire ("Defendants") are represented by Van Longyear of Longyear, O'Dea & Lavra, LLP.

The parties, through their respective attorneys, stipulate to a stay of enforcement of judgment, without the posting of a bond, through the resolution of any and all post-trial motions. The parties do not intend the stipulation to include any time period for any appeal of the judgment.

The parties further stipulate that any motion for attorney fees shall be due 28 days from the Court's order deciding Docket No. 166, which is Defendants' Notice of Motion and Motion for Order Altering/Amending the Judgment to Strike the Award of Noneconomic Damages to Plaintiff Theodore Rose, Jr. and/or for Judgment as a Matter of Law and/or in the Alternative an Order for a New Trial.

Dated: April 23, 2018        LAW OFICE OF STEWART KATZ

                             /s/ Stewart Katz
                             STEWART KATZ
                             Attorney for Plaintiffs


Dated: April 23, 2018        LONGYEAR, O'DEA & LAVRA, LLP

                             /s/ Van Longyear
                             VAN LONGYEAR
                             Attorneys for Defendants

**STIPULATION AND ORDER FOR STAY OF ENFORCEMENT OF JUDGMENT AND TO SET DEADLINE FOR MOTION TO FILE ATTORNEY FEES**               2

**ORDER**

IT IS SO ORDERED.

Dated: April 24, 2018

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER FOR STAY OF ENFORCEMENT OF JUDGMENT AND TO SET
DEADLINE FOR MOTION TO FILE ATTORNEY FEES                                    3