**LAW OFFICE OF DALE K. GALIPO**
DALE K. GALIPO, SBN 144074
MELANIE T. PARTOW, SBN 254843
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, SBN 127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

**MOSELEY COLLINS LAW**
A Professional Law Corporation
MOSELEY C. COLLINS, III, SBN 92460
1180 Iron Point Rd., Suite 180
Folsom, CA 95630
Telephone: (916) 444-4444

Attorneys for Plaintiffs

**LONGYEAR, O'DEA & LAVRA, LLP**
VAN LONGYEAR, CSB No. 84189
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: (916) 974-8500
Facsimile: (916) 974-8510

**HORVITZ & LEVY LLP**
STEVEN S. FLEISCHMAN, CSB No.169990
3601 West Olive Avenue, 8th Floor
Burbank, California 91505-4681
(818) 995-0800 • FAX: (844) 497-6592

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JOHNATHAN ROSE, deceased, by and through his parents THEODORE MILTON ROSE and KAREN ROSE, as successors in interest; THEODORE MILTON ROSE, Individually; and KAREN ROSE, individually.<br><br>    Plaintiffs,<br><br>  vs.<br><br>COUNTY OF SACRAMENTO and Sacramento County Sheriff's Department Deputy DAVID McENTIRE (Badge #1356),<br><br>    Defendants. | NO. **2:13-CV-01339-TLN-EFB**<br><br>**STIPULATION AND ORDER FOR STAY OF ENFORCEMENT OF JUDGMENT AND TO SET DEADLINE FOR MOTION TO FILE ATTORNEY FEES** |

///

This Stipulation and Proposed Order is to supersede the Stipulation and Order that is Docket No. 186 regarding the date by which a motion for attorney fees must be filed.

Plaintiffs, Estate of Johnathan Rose, by and through his parents Theodore Milton Rose and Karen Rose, as successors in interest, Theodore Milton Rose, individually, and Karen Rose, individually, are represented by Stewart Katz of the Law Office of Stewart Katz, Moseley C. Collins, III of the Law Office of Moseley C. Collins, III and Dale K. Galipo of the Law Office of Dale K. Galipo.  Defendants County of Sacramento and David McEntire ("Defendants") are represented by Van Longyear of Longyear, O'Dea & Lavra, LLP and Steven S. Fleischman of Horvitz & Levy LLP.

The parties stipulate that any motion for attorney fees shall be filed on or before September 19, 2018.

The purpose of this stipulation is to facilitate the continuing discussions between the parties regarding the resolution of all issues in this case.

Dated: August 23, 2018          LAW OFICE OF STEWART KATZ

/s/ Stewart Katz
STEWART KATZ
Attorney for Plaintiffs


Dated: August 23, 2018          LONGYEAR, O'DEA & LAVRA, LLP

/s/ Van Longyear
VAN LONGYEAR
Attorneys for Defendants


**ORDER**

**IT IS SO ORDERED.**

Dated: August 28, 2018

_____
Troy L. Nunley
United States District Judge