**LAW OFFICE OF DALE K. GALIPO**
DALE K. GALIPO, SBN 144074
MELANIE T. PARTOW, SBN 254843
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, SBN 127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

**MOSELEY COLLINS LAW**
A Professional Law Corporation
MOSELEY C. COLLINS, III, SBN 92460
1180 Iron Point Rd., Suite 180
Folsom, CA 95630
Telephone: (916) 444-4444

Attorneys for Plaintiffs

**LONGYEAR, O'DEA & LAVRA, LLP**
VAN LONGYEAR, CSB No. 84189
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: (916) 974-8500
Facsimile: (916) 974-8510

**HORVITZ & LEVY LLP**
DANIEL J. GONZALEZ, CSB 73623
3601 West Olive Avenue, 8th Floor
Burbank, California 91505-4681
(818) 995-0800 • FAX: (844) 497-6592

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JOHNATHAN ROSE, deceased, by and through his parents THEODORE MILTON ROSE and KAREN ROSE, as successors in interest; THEODORE MILTON ROSE, Individually; and KAREN ROSE, individually.<br><br>      Plaintiffs,<br><br>    vs.<br><br>COUNTY OF SACRAMENTO and Sacramento County Sheriff's Department Deputy DAVID McENTIRE (Badge #1356),<br><br>      Defendants. | NO. **2:13-CV-01339-TLN-EFB**<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE TO FILE A MOTION FOR ATTORNEY FEES** |

///

**STIPULATION AND ORDER EXTENDING THE DEADLINE TO FILE**
**A MOTION FOR ATTORNEY FEES**     1

| | |
|---|---|
| 1 | This Stipulation and Proposed Order is to supersede the Stipulation and Order that is |
| 2 | Docket No. 196 regarding the date by which a motion for attorney fees must be filed. |
| 3 | Plaintiffs, Estate of Johnathan Rose, by and through his parents Theodore Milton |
| 4 | Rose and Karen Rose, as successors in interest, Theodore Milton Rose, individually, and |
| 5 | Karen Rose, individually, are represented by Stewart Katz of the Law Office of Stewart |
| 6 | Katz, Moseley C. Collins, III of the Law Office of Moseley C. Collins, III and Dale K. |
| 7 | Galipo of the Law Office of Dale K. Galipo.  Defendants County of Sacramento and David |
| 8 | McEntire ("Defendants") are represented by Van Longyear of Longyear, O'Dea & Lavra, |
| 9 | LLP and Daniel J. Gonzalez of Horvitz & Levy LLP. |
| 10 | The parties stipulate that any motion for attorney fees shall be filed on or before |
| 11 | October 31, 2018. |
| 12 | The purpose of this stipulation is to facilitate the continuing discussions between |
| 13 | the parties regarding the resolution of all issues in this case, notwithstanding the notices of |
| 14 | appeal which have been filed. The parties have made some progress towards resolution but |
| 15 | it has been a slow process.  The parties believe that this stipulation increases the likelihood |
| 16 | of a negotiated resolution being reached. |

Dated: September 24, 2018          LAW OFICE OF STEWART KATZ

/s/ Stewart Katz
STEWART KATZ
Attorney for Plaintiffs

Dated: September 24, 2018          LONGYEAR, O'DEA & LAVRA, LLP

/s/ Van Longyear
VAN LONGYEAR
Attorneys for Defendants

///
///
///
///

**STIPULATION AND ORDER EXTENDING THE DEADLINE TO FILE
A  MOTION FOR ATTORNEY FEES** 2

**ORDER**

   **IT IS SO ORDERED.**

Dated: September 26, 2018

_[signature]_
Troy L. Nunley
United States District Judge

**STIPULATION AND ORDER EXTENDING THE DEADLINE TO FILE A MOTION FOR ATTORNEY FEES** 3