| | |
|---|---|
| **LAW OFFICE OF DALE K. GALIPO**<br>DALE K. GALIPO, SBN 144074<br>MELANIE T. PARTOW, SBN 254843<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>Telephone: (818) 347-3333<br>Facsimile: (818) 347-4118 | **LONGYEAR, O'DEA & LAVRA, LLP**<br>VAN LONGYEAR, CSB No. 84189<br>3620 American River Drive, Suite 230<br>Sacramento, CA 95864<br>Phone: (916) 974-8500<br>Facsimile: (916) 974-8510 |
| **LAW OFFICE OF STEWART KATZ**<br>STEWART KATZ, SBN 127425<br>555 University Avenue, Suite 270<br>Sacramento, California 95825<br>Telephone: (916) 444-5678 | **HORVITZ & LEVY LLP**<br>DANIEL J. GONZALEZ, CSB 73623<br>3601 West Olive Avenue, 8th Floor<br>Burbank, California 91505-4681<br>(818) 995-0800 • FAX: (844) 497-6592 |
| **MOSELEY COLLINS LAW**<br>A Professional Law Corporation<br>MOSELEY C. COLLINS, III, SBN 92460<br>1180 Iron Point Rd., Suite 180<br>Folsom, CA 95630<br>Telephone: (916) 444-4444 | Attorneys for Defendants |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JOHNATHAN ROSE, deceased, by and through his parents THEODORE MILTON ROSE and KAREN ROSE, as successors in interest; THEODORE MILTON ROSE, Individually; and KAREN ROSE, individually.<br><br>        Plaintiffs,<br><br>   vs.<br><br>COUNTY OF SACRAMENTO and Sacramento County Sheriff's Department Deputy DAVID McENTIRE (Badge #1356),<br><br>        Defendants. | NO. **2:13-CV-01339-TLN-EFB**<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE TO FILE A MOTION FOR ATTORNEY FEES** |

///

**STIPULATION AND ORDER EXTENDING THE DEADLINE TO FILE**
**A MOTION FOR ATTORNEY FEES**         1

This Stipulation and Proposed Order is to supersede the Stipulation and Order that is Docket No. 198 regarding the date by which a motion for attorney fees must be filed.

Plaintiffs, Estate of Johnathan Rose, by and through his parents Theodore Milton Rose and Karen Rose, as successors in interest, Theodore Milton Rose, individually, and Karen Rose, individually, are represented by Stewart Katz of the Law Office of Stewart Katz, Moseley C. Collins, III of the Law Office of Moseley C. Collins, III and Dale K. Galipo of the Law Office of Dale K. Galipo. Defendants County of Sacramento and David McEntire ("Defendants") are represented by Van Longyear of Longyear, O'Dea & Lavra, LLP and Daniel J. Gonzalez of Horvitz & Levy LLP.

The parties stipulate that any motion for attorney fees shall be filed on or before December 3, 2018.

The purpose of this stipulation is to facilitate the finalization of the agreement **which has been reached** between the parties and which resolves all remaining issues in this case, including the attorney fees to be paid.

Dated: October 23, 2018     LAW OFICE OF STEWART KATZ

/s/ Stewart Katz
STEWART KATZ
Attorney for Plaintiffs

Dated: October 24, 2018     LONGYEAR, O'DEA & LAVRA, LLP

/s/ Van Longyear
VAN LONGYEAR
Attorneys for Defendants

///
///
///
///

**STIPULATION AND ORDER EXTENDING THE DEADLINE TO FILE A MOTION FOR ATTORNEY FEES**     2

**ORDER**

**IT IS SO ORDERED.**

Dated: October 24, 2018

Troy L. Nunley
United States District Judge