FILED

NOV 27 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ESTATE OF JONATHAN ROSE, Deceased; et al., <br><br> Plaintiffs-Appellants-Cross-appellees, <br><br> v. <br><br> COUNTY OF SACRAMENTO and DAVID MCENTIRE, Sacramento County Sheriff's Deputy, Badge # 1356, <br><br> Defendants-Appellees-Cross-appellants. | Nos. 18-16715, 18-16716 <br><br> D.C. No. 2:13-cv-01339-TLN-EFB <br> Eastern District of California, Sacramento <br><br> ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 8), these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Kyungah Suk
Circuit Mediator

KS/Mediation