| | |
|---|---|
| **LAW OFFICE OF DALE K. GALIPO**<br>DALE K. GALIPO, SBN 144074<br>MELANIE T. PARTOW, SBN 254843<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>Telephone: (818) 347-3333<br>Facsimile: (818) 347-4118 | **LONGYEAR, O'DEA & LAVRA, LLP**<br>VAN LONGYEAR, CSB No. 84189<br>3620 American River Drive, Suite 230<br>Sacramento, CA 95864<br>Phone: (916) 974-8500<br>Facsimile: (916) 974-8510 |
| **LAW OFFICE OF STEWART KATZ**<br>STEWART KATZ, SBN 127425<br>555 University Avenue, Suite 270<br>Sacramento, California 95825<br>Telephone: (916) 444-5678 | **HORVITZ & LEVY LLP**<br>DANIEL J. GONZALEZ, CSB 73623<br>3601 West Olive Avenue, 8th Floor<br>Burbank, California 91505-4681<br>(818) 995-0800 • FAX: (844) 497-6592 |
| **MOSELEY COLLINS LAW**<br>A Professional Law Corporation<br>MOSELEY C. COLLINS, III, SBN 92460<br>1180 Iron Point Rd., Suite 180<br>Folsom, CA 95630<br>Telephone: (916) 444-4444 | Attorneys for Defendants |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of JOHNATHAN ROSE, deceased, by and through his parents THEODORE MILTON ROSE and KAREN ROSE, as successors in interest; THEODORE MILTON ROSE, Individually; and KAREN ROSE, individually.<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO and Sacramento County Sheriff's Department Deputy DAVID McENTIRE (Badge #1356),<br><br>Defendants.<br>_____/ | NO. 2:13-CV-01339-TLN-EFB<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

///

Stipulation for Dismissal; [Proposed] Order     1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    IT IS HEREBY STIPULATED and agreed by and between Plaintiffs Estate of JOHNATHAN ROSE, deceased, by and through his parents THEODORE MILTON ROSE (through KAREN ROSE, THEODORE ALTON ROSE, III, and TIFFANY ELAINE ROSE, pursuant to the Court's Order ECF No. 151) as successors in interest, and KAREN ROSE, individually, and defendants COUNTY OF SACRAMENTO and Sacramento County Sheriff's Department Deputy DAVID McENTIRE (Badge #1356), by and through their undersigned counsel, that this action be dismissed in its entirety with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

    IT IS FURTHER STIPULATED that the case has settled in full pursuant to the terms of the settlement agreement.

Dated: December 6, 2018    **LAW OFFICE OF STEWART KATZ**

    /s/ Stewart Katz
    STEWART KATZ
    Attorneys for Plaintiffs

Dated: December 6, 2018    **LAW OFFICE OF DALE K. GALIPO**

    /s/ Dale K. Galipo
    DALE K. GALIPO
    MELANIE T. PARTOW
    Attorneys for Plaintiffs

Dated: December 6, 2018    **MOSELEY COLLINS LAW**

    /s/ Moseley C. Collins, III
    MOSELEY C. COLLINS, III
    Attorneys for Plaintiffs

Dated: December 6, 2018    **LONGYEAR, O'DEA & LAVRA, LLP**

    /s/ Van Longyear
    Van Longyear
    Attorneys for Defendants

1
## ORDER
2
**IT IS SO ORDERED.**
3
4
Dated: December 18, 2018
5
6
7
8
Troy L. Nunley
United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation for Dismissal; [Proposed] Order                                      3